IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WARREN PETRENA,

    Petitioner,

v.                                                    CASE NO. 1:06-cv-00142-MP-AK

CHARLIE CRIST,
DEPARTMENT OF CORRECTIONS, STATE OF FLORIDA,
FRANKLIN WORK CAMP,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus.  The Court has reviewed the petition and notes that Petitioner has omitted crucial information regarding certain matters necessary to determine whether this petition is timely and whether his claims have been properly exhausted in state court.

Accordingly, it is **ORDERED**:

That the Clerk of Court shall forward to Petitioner four § 2254 forms, along with any service copies of the initial § 2254 petition;

That no later than **September 12, 2006**, Petitioner shall file an "amended petition" as explained in this order, along with two identical copies including any exhibits.  He shall also keep an identical copy for his records;

**That failure to respond to this order as instructed will result in a recommendation**

**of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

      **DONE AND ORDERED** this 11th day of August, 2006.

                    *s/ A. KORNBLUM*
                    **ALLAN KORNBLUM**
                    **UNITED STATES MAGISTRATE JUDGE**