IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WARREN PETRENA,

    Petitioner,

v.                                          CASE NO. 1:06-cv-00142-MP-AK

CHARLIE CRIST,
DEPARTMENT OF CORRECTIONS, STATE OF FLORIDA,
FRANKLIN CORRECTIONAL INSTITUTION,
FRANKLIN WORK CAMP,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 15, Report and Recommendation of the Magistrate Judge, recommending that the Amended Petition for Writ of Habeas Corpus filed by Petitioner be dismissed with prejudice. The time for filing objections has passed, but none have been filed. The Court agrees that this case should be dismissed with prejudice for failure to prosecute. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *19th*  day of March, 2007

                                    *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge